FILED 28 SEP '11 16:47 USDC-ORP

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

**UNDER SEAL**

UNITED STATES OF AMERICA

v.

RASHAD Q. SANDERS,

Defendant.

Case No.: 11-CR-385 – HZ

**INDICTMENT**
18 U.S.C. § 2423
18 U.S.C. § 1591

**UNDER SEAL**

THE GRAND JURY CHARGES:

**COUNT 1**
**Transportation of a Minor**
**18 U.S.C. § 2423(a)**

In September 2008, in the District of Oregon and elsewhere, **RASHAD Q. SANDERS**, defendant herein, did knowingly transport "C.K.", a female under the age of 18, in interstate commerce from the State of Minnesota to the State of Oregon, with the intent that "C.K." engage in prostitution, or in any sexual activity for which any person can be charged with a criminal offense. All in violation of Title 18, United States Code, Section 2423(a).

**COUNT 2**
**Transportation of a Minor**
**18 U.S.C. § 2423(a)**

In September 2008, in the District of Oregon and elsewhere, **RASHAD Q. SANDERS**, defendant herein, did knowingly transport "D.M.", a female under the age of 18, in interstate commerce from the State of Minnesota to the State of Oregon, with the intent that "D.M." engage in prostitution, or in any sexual activity for which any person can be charged with a criminal offense. All in violation of Title 18, United States Code, Section 2423(a).

Page 1 - INDICTMENT
*United States v. Rashad Q. Sanders*

## COUNT 3
### Sex Trafficking of a Minor
### 18 U.S.C. § 1591(a) and (b)(2)

In September 2008, in the District of Oregon and elsewhere, **RASHAD Q. SANDERS**, defendant herein, did the following acts while knowing, a female "D.M.", had not attained the age of 18 years and would be caused to engage in a commercial sex act:

(a)  Defendant, **RASHAD Q. SANDERS**, did, while in or affecting interstate commerce, recruit, entice, harbor, transport, provide, obtain, by any means, a person known as "D.M."; and

(b)  Defendant, **RASHAD Q. SANDERS**, did benefit, financially or by receiving anything of value, from participation in a venture which engaged in the recruiting, enticing, harboring, transporting, providing, or obtaining a person known as "D.M.".

All in violation of Title 18, United States Code, Sections 1591(a) and (b)(2).

DATED this 28 day of September, 2011.

A TRUE BILL

OFFICIATING FOREPERSON

Presented by:

DWIGHT C. HOLTON
United States Attorney

KEMP L. STRICKLAND, OSB #96118
Assistant United States Attorney

**Page 2 - INDICTMENT**
*United States v. Rashad Q. Sanders*