**S. AMANDA MARSHALL, OSB #95347**
United States Attorney
District of Oregon
**KEMP L. STRICKLAND, OSB #96118**
Assistant United States Attorney
1000 S.W. Third Ave., Suite 600
Portland, OR  97204-2902
Telephone:  (503) 727-1000
kemp.strickland@usdoj.gov
          Attorneys for United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | CR-11-385 (HZ) |
| v. | **PROTECTIVE ORDER** |
| **RASHAD Q. SANDERS,** | |
| **Defendant.** | |

This matter came before the Court upon motion by the government for an order pursuant to Rule 16(d)(1), Fed. R. Crim. P. as well as the privacy protection measures mandated by 18 U.S.C. § 3509(d) when a case involves a person under the age of eighteen years who is alleged to be a victim of a crime of sexual exploitation, or a witness to a crime committed against another person, apply to this case.  Further, counsel for defendant and defendant agree that they will not  copy, display, or distribute any of the discovery provided to them by the government in this case.

**IT IS HEREBY ORDERED** that the defendant and his respective counsel of record shall not disclose to any person, with the exception of those persons employed by the attorney who are necessary to assist counsel of record in preparation for trial, the discovery provided by

**Page 1 - PROTECTIVE ORDER**

the government including: any personal identifying information or statement related to a minor victim or any witness.

**IT IS FURTHER ORDERED** that the defendant's attorneys shall not reproduce the protected discovery material, except that copies may be made for use by those who are necessary to assist counsel of record in preparation for trial.

**IT IS FURTHER ORDERED** that the defendant's counsel maintain complete custody and control over the protected material and prohibit the defendant from having unsupervised access to the protected material at any time.

DATED this _____ day of November 2011.

_____
THE HONORABLE MARCO A. HERNANDEZ
UNITED STATES DISTRICT JUDGE

Presented by:

S. AMANDA MARSHALL
United States Attorney


s/ *Kemp L. Strickland*
KEMP L. STRICKLAND, OSB #96118
Assistant United States Attorney

**Page 2 - PROTECTIVE ORDER**