Susan Russell, OSB No. 89451
Assistant Federal Public Defender
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123
Fax: (503) 326-5524
Email: susan_russell@fd.org
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CR No. 11-385-HZ |
| **Plaintiff,** | MOTION FOR WITHDRAWAL AND SUBSTITUTION OF APPOINTED COUNSEL |
| vs. | |
| **RASHAD Q. SANDERS,** | |
| **Defendant.** | |

The defendant, Rashad Q. Sanders, through counsel, Susan Russell, respectfully moves this Court for an order authorizing withdrawal of counsel and substitution of new appointed counsel, Mark Cross, 294 Warner Milne Road, Oregon City, OR, 97045, 503-655-0037, of the Criminal Justice Act Panel, on the basis that there has been an irreparable

disruption of the attorney/client relationship.

        RESPECTFULLY SUBMITTED this December 20, 2011.

        /s/ Susan Russell
        Susan Russell
        Attorney for Defendant