UNITED STATES DISTRICT COURT
District of Oregon
740 United States Courthouse
1000 SW Third Avenue
Portland, Oregon 97204-2902

January 20, 2012

Rashad Sanders #657412
11540 NE Inverness Dr.
Portland, OR 97220

    Re:    11-CR-385-HZ; <u>USA v. Sanders</u>

The attached document has been received in our office. The action described is taken for failure to comply with the following Federal Rule(s), Local Rule(s), and/or court order. Only the items checked apply:

__XXX__    **Discovery Material:** LR 5-2 instructs that Depositions, Interrogatories, Requests for Production or Inspection, Requests for Documents, Requests for Admission, and answers and responses are **not** be filed with the court. We are returning your document(s) pursuant to the rule.

__XXX__    **Other:** Also, you are represented by counsel and, as such, all filings should be made through your counsel.

                                        Sincerely,
                                        MARY L. MORAN, Clerk

                                        By: _____
                                             Michelle Rawson, Deputy Clerk

Enclosure:
Defendant's Request for Admissions addressed to the Government and the State Bar.

cc: Mark Cross, Attorney for Defendant (with enclosure)

4-copies
mailed 18 Jan 2012
File Copy

The Oregon State Bar Association
Attn. Client Service Office
Tigard, Oregon 97281-1935
(Phone: Toll Free: 1-800-452-8360)

Rashad Q. Sanders )
Swiss No. 657412 )
MJIC 11540 N.E. Inverness Dr. )
Portland, Oregon 97220 )
)
      Plaintiff )
)
v. )
)
Kemp L. Strickland (OSB 96118) )
Assistant United Staes Attorney )
U.S.A. Federal District Court )
Portland, Oregon 97204 )
)
      Defendant )

REC'D & RETURNED
FILED 20 JAN '12 10:54 USDC-ORP

Federal Court No. 11-CR-385-HZ
Request For Admissions
(FRCP 36)(BR 4.5(a)(1))

To: Kemp L. Strickland (OSB 96118)
Assistant United States Attorney
U.S.A. Federal District Court
1000 S.W. 1st Ave
Suite 740
Portland, Oregon 97204

In Support of State Bar
Complaint: Kemp L. Strickland
(OSB 96118)

To: The Oregon State Bar Association
Att. Client Service Office
P.O. Box
231935 Upper Boones Ferry Road
Tigard, Oregon 97281-1935

1. A MATTER IS ADMITTED UNLESS, WITHIN 30-DAYS AFTER BEING SERVED, THE PARTY TO WHOM THE REQUEST ID DIRECTED SERVES ON THE REQUESTING PARTY A WRITTIN ANSWER OF OBJECTION ADDRESSED TO THE MATTER AND SIGNED BY THE PARTY OR IT"S ATTORNEY.

2. That, in court No. 11-CR-385-HZ (of the United States Federal District Court) 1000 S.W. 1st Ave, Portland, Oregon 97204, U.S.A. v. Rashad Q. Sanders I, am the prosecuting attorney, who found the indictment, dated 28 September 2011, (of said court), alledging,

Pg.1b-Request For Admissions FRCP 36

*Rashad Sanders*
Signiture:
Pro Se: Rashad Q. Sander
MCIJ 11540 N.E. Invernes Drive
Portland, Oregon 97220

Plaintiff
Exhibit 9A

(Page 1 C of 2C)

31. Count 1 (Transportation of a Minor) (Title 18 U.S.C. § 2423(a))
32. (C.K.-alledge, victim), Count 2 (Transportaion of a Minor)(Title 18
33. U.S.C. § 2423(a) (D.M.-alledge,victim), and, Count 3 (Sex Trafficking of a Minor) (Title 18 U.S.C. § 1591(a), and (b)(2),with alledged victims name of C.K.,(a female) in a count 2 (Title 18 U.S.C. § 2423(a) the
34. alledged victim's name of D.M. (a female) in count 3 (Title 18 U.S.C. § 1591(a) and (b)(2) (see defendant's exibit) 2b & indictment) (already
35. provided the State Bar (Oregon State) however, in order to unlawfully, deceitfully,prejudically and, (in violation)of RPC.3.4(a) RPC 3.4(6)
36. RPC 3.3(a)(3), the A.B.A 4.4, and or Article 1 section 10 (of the Oregon State Constitution, prejudice the jury (as to how bad the alledge defendant
37. alledge conduct is) and to obtain a unlawful increase in sentence , I secretly (in goverments jury instructions),(defendand's/plaintiff exibit___
38. added additional charge (not listed on the initial indictment)(defendant's /plaintiff exibit___)of Trafficking of a Minor- Title 18 U.S.C.§ 1591(a)(1
39. and Title 18 U.S.C. 1591(a)(2)and Title 18 U.S.C.1591(b)(1), I knew (from all my expirience would prejudice and inform the jury toward conviction
40. and a longer sentencing that I knew was violating my ethicle duties and the Constitutional right's of the defendant/plaintiff Rashad Q. Sanders and I
41. submit, that under the Oregon State Bar B.R. rules 6.1,(et.seq)(and any other authority) willing to accept such sactions as,a 3-year bar from practcing
42. law, I will pay the sum of 40,000$ (forty thousand dollars and no cents) to Mr. Rashad Q. Sanders (swiss No. 657412),(within 30-days of this complaint
43. by final by the General counsely, and will motion the court to dismiss all the charges with prejudice, and that the court order the immediate release
44. of the defendant/plaintiff Rashad Q. Sanders (swiss No. 657412),and I will issue a public appology,and waive any further bar for the future litigation
45. in another civil complaint,(upon final judementof the Gernal Counsel,and will refrain from future conduct upon re-enstatement of bar licensed to
46. practice.

47.

48. Pursuant to <u>Dickerson v. Wainwright</u>
49. 626 F.2d 1184 (1980),the above is Sworn True AND Correct to of my knowledge and belief:
50. DONE THIS 18 day of JANUARY  2012 and mailed the
51. 18 day of JANUARY 2012
52. Witnessed: Richard J. Chandler
53.           MCIJ 11540 N.E. Inverness Drive
          Portland, Oregon   97220

Signature: Rashad Sanders
Pro Se: Rashad Q Sanders
MCIJ 11540 N.E. Inverness Dr.
Portland, Oregon   97220

54.
55.
56.
57. Page2b-Request For Admission FRCP (36)

Signture: Rashad Sanders
Pro Se: Rashad Q. Sanders
MCIJ 11540 N.E. Inverness Drive
Portland, Oregon   97220

58.
59.
60. Plaintiff
Exhibit 9A

(page 2c of 2c )

**STATES DISTRICT COURT**
E CLERK
OREGON
TATES COURTHOUSE
RD AVENUE · PORTLAND, OREGON 97204-2902

INESS

RECV'D 27 JAN '12 10:26 USDC-ORP







US POSTAGE
$ 00.45
Mailed From 97204
01/23/2012
031A 0002310652

**RETURN TO SENDER:**
☐ UNACCEPTABLE ITEM
☒ NO LONGER HERE

NIXIE     970  5E 1      00  01/25/12
       RETURN TO SENDER
  NOT DELIVERABLE AS ADDRESSED
       UNABLE TO FORWARD
BC: 97204293099      *1529-20812-23-40