MARK AUSTIN CROSS
OSB No. 791194
MARK AUSTIN CROSS, P.C.
294 Warner Milne Road
Oregon City, OR 97045
(503) 655-0037
email: yomarko@mac.com

Attorney for Defendant Rashad Quintel Sanders

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON
Portland Division

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | NO. 3:11-cr-00385-HZ |
| v. | DEFENDANT'S MOTION TO REPLACE ATTORNEY |
| RASHAD QUINTEL SANDERS, | |
| Defendant. | |

    The defendant, Rashad Quintel Sanders, now comes before the court, by and through his second attorney, Mark Austin Cross, and moves to remove Mr. Cross as counsel for the defendant and to appoint a third attorney to represent defendant on the grounds that defendant believes that there has been a breakdown of the attorney-client relationship.

    This Motion is accompanied by a Declaration of Counsel, which is filed

Page 1 of 2 - DEFENDANT'S MOTION TO REPLACE ATTORNEY

contemporaneously with this Motion and made a part of it by this reference.

POINTS AND AUTHORITIES

United States Constitution, Amendments VI and XIV

RESPECTFULLY SUBMITTED this 7th day of June 2012.

MARK AUSTIN CROSS, OSB No. 79199
Mark Austin Cross, P.C.
Attorney for Defendant Rashad Q. Sanders

Page 2 of 2 - DEFENDANT'S MOTION TO REPLACE ATTORNEY