MARK AUSTIN CROSS
OSB No. 791194
MARK AUSTIN CROSS, P.C.
294 Warner Milne Road
Oregon City, OR 97045
(503) 655-0037
email: yomarko@mac.com

Attorney for Defendant Rashad Quintel Sanders

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON
Portland Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>RASHAD QUINTEL SANDERS,<br><br>              Defendant. | NO. 3:11-cr-00385-HZ<br><br>DECLARATION OF COUNSEL IN SUPPORT OF DEFENDANT'S MOTION TO REPLACE ATTORNEY |

I, MARK AUSTIN CROSS, being first duly sworn, depose and say the following:

Page 1 of 3 - DECLARATION OF COUNSEL IN SUPPORT OF DEFENDANT'S
              MOTION TO REPLACE ATTORNEY

1. I am the attorney of record for the defendant, Rashad Quintel Sanders, defendant in the above-captioned case having been appointed at the January 10, 2012, hearing on defendant's first motion to substitute counsel Susan Russell before the Hon. Marco A. Hernandez.

2. Defendant has been in federal custody since his arrest on or about November 4, 2011, on the arrest warrant issued by this court on or about September 28, 2011.

3. Defendant initially appeared on November 4, 2011. The court ordered Defendant to be detained pending trial. Defendant is currently being held at Sheridan Federal Detention Center.

4. Defendant is unhappy with my representation, does not accept my advice, and does not trust my commitment to his defense. During our last telephone conversation, in response to defendant's clear dissatisfaction, I informed him that if he were unhappy with my representation, at his direction I would file a motion to have new counsel substituted for me. Defendant stated that is what he wanted.

5. Prior to my last conversation with defendant, I had arranged for him to be temporarily transferred from Sheridan FDC to a Multnomah County jail facility in order to expedite the process of completing the review of discovery materials with defendant. It is my understanding that he will be transported to Multnomah County and held here for the next two to three weeks.

6. Therefore, based upon the defendant's motion, the points and authorities cited therein, the information contained in this attached declaration, and the extreme nature of a

potential sentence of life in prison, should he be convicted, defendant prays that the court grant his motion to replace his second attorney with new counsel.

RESPECTFULLY SUBMITTED this 7th day of June 2012.

*/s/ Mark Austin Cross*

MARK AUSTIN CROSS, OSB No. 79199
Mark Austin Cross, P.C.
Attorney for Defendant Rashad Q. Sanders

Page 3 of 3 - DECLARATION OF COUNSEL IN SUPPORT OF DEFENDANT'S
    MOTION TO REPLACE ATTORNEY