MARK AUSTIN CROSS
OSB No. 79119
MARK AUSTIN CROSS PC
294 Warner Milne Road
Oregon City, OR 97045
(503) 655-0037
email: yomarko@mac.com

Attorney for Defendant Rashad Quintel Sanders

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON
Portland Division

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | NO. 3:11-cr-00385-HZ |
| v. | MOTION TO WITHDRAW AND SUBSTITUTE ATTORNEY |
| RASHAD QUINTEL SANDERS, | |
| Defendant. | |

    Mark Austin Cross, defendant's second counsel of record, now comes before the court, and moves to be allowed to withdraw as counsel for the defendant and for the substitution of a new attorney to represent defendant on the grounds that there has been a complete breakdown of the attorney-client relationship.

    This Motion is accompanied by a Declaration of Counsel, which is filed

Page 1 of 2 - MOTION TO WITHDRAW AND SUBSTITUTE ATTORNEY

contemporaneously with this Motion and made a part of it by this reference.

## POINTS AND AUTHORITIES

Title 18 U.S.C. §3006A(c)
United States Constitution, Amendments VI and XIV

RESPECTFULLY SUBMITTED this 1st day of October, 2012.

MARK AUSTIN CROSS, OSB No. 79199
Mark Austin Cross, P.C.
Attorney for Defendant Rashad Q. Sanders

Page 2 of 2 - MOTION TO WITHDRAW AND SUBSTITUTE ATTORNEY