RASHAD SANDERS                    CASE # CR NO. 11-385-HZ

MOTION FOR DISMISSAL OF ATTORNEY            09-28-2012

Inadequate Representation. Communication Breakdown.

Me and Mr. Cross do not have a trusting relationship. I don't trust Mr. Cross or his representation up to this point or in any future court proceeding. During a meeting with Mr. Cross I've been told that there's nothing he can do for me, and not having any kind of defense strategy. I'm told to plead guilty to a crime I did not do or to a crime that never happened. The last time I was in court was to dismiss Mr. Cross from my case which we both agreed to. In court Mr. Cross told the judge that he's able to defend me. I also told the judge that I've asked for my discovery which I still don't have from the first attorney to the one I have now. I think the judge told Mr. Cross to give it to me if so I still don't have it. I see a little bit on the computer and believes what he tells me about this; that about my discovery No pretrial motions have been made and that at sentencing is when representation starts, as I've been told. I am compelling this court to appoint me new counsel.