Benjamin T. Andersen
Pacific Northwest Law, LLP
1420 World Trade Center
121 S.W. Salmon Street
Portland, Oregon 97204
t. 503.222.2510 f. 503.546.0664
btandersen@pacificnwlaw.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                              Plaintiff,<br>v.<br><br>Rashad Q. SANDERS,<br>                              Defendant. | Case No. 3:11-CR-385-HZ<br><br>EX PARTE APPLICATION FOR ISSUANCE OF SUBPOENAS AND FOR WITNESS FEES AT GOVERNMENT EXPENSE |

Mr. Sanders moves this court, pursuant to Rule 17 of the Federal Rules of Criminal Procedure, for an order authorizing the issuance of up to ten (10) subpoenas for the purpose of providing testimony and/or document production for motion, trial, or sentencing proceedings in the above-captioned case, with any cost and/or fees to be paid as provided by 28 CFR §§ 21.1 et seq.

RESPECTFULLY SUBMITTED this 3rd day of December, 2012.

Pacific Northwest Law, LLP

/s/ (intended as original in electronic filings)
_____
Benjamin T. Andersen, OSB 06256
Attorney for Defendant

PAGE 1 – EX PARTE APPLICATION FOR ISSUANCE OF SUBPOENAS AND FOR WITNESS FEES AT GOVERNMENT EXPENSE
   United States v. SANDERS,
   USDC Oregon Case No. 3:11-CR-385-HZ