Benjamin T. Andersen
Pacific Northwest Law, LLP
1420 World Trade Center
121 S.W. Salmon Street
Portland, Oregon 97204
t. 503.222.2510 f. 503.546.0664
btandersen@pacificnwlaw.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　　　　Plaintiff,<br>v.<br>Rashad Q. SANDERS,<br>　　　　　　　　　Defendant. | Case No. 3:11-CR-385-HZ<br><br>PETITION TO ENTER PLEA OF GUILTY, CERTIFICATE OF COUNSEL, AND ORDER |

I, Rashad Sanders represent to the court as follows:

1. My name is Rashad Quintel Sanders. I am 26 years old. I have gone to school through __11th gr.__.

2. My attorney is Benjamin Andersen.

3. My attorney and I have discussed my case fully. I have received a copy of the Indictment. I have read the Indictment, and I have discussed it with my attorney. My attorney has counseled and advised me concerning the nature of the charges, any lesser-included offenses, and possible defenses that I might have in this case. I have been advised and understand that the elements of the charges alleged against me to which I am pleading "GUILTY" are as follows:

    a. Count One: In September 2008, in the District of Oregon, I knowingly transported "C.K.", a female under the age of 18, in interstate commerce

from the State of Minnesota to the State of Oregon, with the intent that "C.K." engage in prostitution.

  b. Count Three: In September 2008, in the District of Oregon, I knowingly, while in or affecting interstate commerce, transported a person known as "D.M.", who would be caused to engage in a commercial sex act while in reckless disregard of the fact that "D.M." had not attained the age of 18 years.

  c. Count Four: In May of 2011, in the District of Oregon, I knowingly harbored and transported a person known as "C.C." while in reckless disregard of the fact that she had not attained the age of 18 years and would be caused to engage in a commercial sex act, while in or affecting interstate commerce.

4. I know that if I plead "GUILTY," I will have to answer any questions that the judge asks me about the offenses to which I am pleading guilty. I also know that if I answer falsely under oath and in the presence of my attorney, my answers could be used against me in a prosecution for perjury or false statement.

5. I am not under the influence of alcohol or drugs. I am not suffering from any injury, illness or disability that affect my thinking or my ability to reason. I have not taken any drugs or medications within the past seven (7) days, except for those prescribed by a physician.

6. I understand that conviction of a crime can result in consequences in addition to imprisonment. Such consequences could include loss of eligibility to receive federal benefits; loss of certain civil rights (which may be temporary or

permanent depending on applicable state or federal law), such as the right to vote, to hold public office, and to possess a firearm; and loss of the privilege to engage in certain occupations licensed by the state or federal government.

7. I know that I may plead "NOT GUILTY" to any crime charged against me and that I may persist in that plea if it has already been made. I know that if I plead "NOT GUILTY" the Constitution guarantees me:

   a. The right to a speedy and public trial by jury, during which I will be presumed to be innocent unless and until I am proven guilty by the government beyond a reasonable doubt and by the unanimous vote of twelve jurors;

   b. The right to have the assistance of an attorney at all stages of the proceedings;

   c. The right to use the power and process of the court to compel the production of evidence, including the attendance of witnesses in my favor;

   d. The right to see, hear, confront, and cross-examine all witnesses called to testify against me;

   e. The right to decide for myself whether to take the witness stand and testify, and if I decide not to take the witness stand, I understand that no inference of guilt may be drawn from this decision; and

   f. The right not to be compelled to incriminate myself.

8. I know that if I plead "GUILTY" there will be no trial before either a judge or a jury, and that I will not be able to appeal from the judge's denial of any pretrial

motions I may have filed concerning matters or issues not related to the court's jurisdiction.

9. In this case I am pleading "GUILTY" under Rule 11(c)(1)(C). My attorney has explained the effect of my plea under the Rule 11(c)(1)(C) procedure to be as follows:

> An attorney for the government and the defendant's attorney may reach a plea agreement. If the defendant pleads guilty to a charged offense, the plea agreement may (1) specify that an attorney for the government will not bring and/or will move to dismiss other charges and (2) agree that a specific sentencing range is the appropriate disposition of the case and/or that a particular provision of the Sentencing Guidelines, policy statement, or sentencing factor does or does not apply and that such recommendations or requests bind the court once the court accepts the plea agreement.

10. I know the maximum sentence that can be imposed upon me for the crimes to which I am pleading guilty is life imprisonment and a fine of up to $ 250,000.

11. I know that the judge, in addition to any other penalty, will order a special assessment as provided by law in the amount of $100.00 per count of conviction.

12. I know that if I am ordered to pay a fine, and I willfully refuse to pay that fine, I can be returned to court, where the judge can substantially increase the amount of the unpaid balance owed on the fine and I can be imprisoned for up to one year.

13. My attorney has discussed with me the Federal Sentencing Guidelines. I know that the Guidelines are advisory, not mandatory. I also know the sentencing judge, in determining the particular sentence to be imposed, must consider those factors set forth in 18 USC § 3553(a) of the United States Code, which include: the nature and circumstances of the offense, my own history and characteristics,

the goals of sentencing (punishment, deterrence, protection and rehabilitation), and the sentencing range established by the advisory Guidelines.  If my attorney or any other person has calculated a guideline range for me, I know that this is only a prediction and advisory and that it is the judge who makes the final decision as to what the guideline range is and what sentence will be imposed within the range under FRCrP 11(C)(1)(c).  I also know that a judge may not impose a sentence greater than the maximum sentence referred to in paragraph ten (10) above.

14. I know from discussion with my attorney that, under the Federal Sentencing Guidelines if I am sentenced to prison I am not entitled to parole.  I will have to serve the full sentence imposed except for any credit for good behavior that I earn.  I can earn credit for good behavior in prison at a rate of up to 54 days for each year of imprisonment served.  Credit for good behavior does not apply to a sentence of one year or less.

15. I know that if I am sentenced to prison, the judge will impose a term of supervised release to follow the prison sentence.  During my supervised release term, a probation officer will supervise me according to terms and conditions set by the judge.  In my case, a term of supervised release can be five to ten years in accordance with FrCrP 11(C)(1)(c).  If I violate the conditions of supervised release, I may be sent back to prison for up to five years.

16. My plea of "GUILTY" is based on a Plea Agreement that I have made with the prosecutor.  That Plea Agreement is attached hereto and incorporated herein.  I

PAGE 5 –        United States v. SANDERS, USDC Oregon Case No. 3:11-CR-385-HZ
                PETITION TO ENTER PLEAS OF GUILTY, CERTIFICATE OF COUNSEL, AND ORDER

have read or had read to me the Plea Agreement, and I understand the Plea Agreement.

17. The Plea Agreement contains the only agreement between the United States government and me. I understand that I cannot rely on any promise or suggestion made to me by a government agent or officer which is not stated in writing in the Plea Agreement, or which is not presented to the judge in my presence in open court at the time of the entry of my plea of guilty.

18. My plea of "GUILTY" is not the result of force, threat, or intimidation.

19. I hereby request that the judge accept my plea of "GUILTY" to Counts 1, 3 and 4 of the Superseding Indictment.

20. I know that the judge must be satisfied that a crime occurred and that I committed that crime before my plea of "GUILTY" can be accepted. With respect to the charges to which I am pleading guilty, I represent that I did the following acts and that the following facts are true:

   a. Count One: In September 2008, in the District of Oregon, I knowingly paid for a bus ticket for "C.K.", a female under the age of 18, so that she could travel from the State of Minnesota to the State of Oregon, with the intent that "C.K." engage in prostitution. *[handwritten: 1/22/13]*

   b. Count Three: In September 2008, in Portland, Oregon, while ~~in reckless disregard of the fact~~ *[handwritten: KNOWING]* that a person known as "D.M." was less than 18 years old, I paid for a bus ticket for "D.M." from the state of Minnesota to the state of Oregon, knowing that she would be caused to engage in a commercial sex act.

    c. Count Four: In May of 2011, in the District of Oregon, I knowingly harbored and transported a person known as "C.C." while in reckless disregard of the fact that she had not attained the age of 18 years and would ~~be~~ *attempted to have* caused to engage in a commercial sex act, while in or affecting interstate commerce.

21. I offer my plea of "GUILTY" freely and voluntarily and of my own accord and with a full understanding of the allegations set forth in the Indictment, and with a full understanding of the statements set forth in this Petition and in the Certificate of my attorney that is attached to this Petition.

SIGNED by me in the presence of my attorney, after reading or having had read to me all of the foregoing pages and paragraphs of this Petition, this 22nd day of January, 2013.

*Rashad Sanders*
Rashad Quintel Sanders

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>     Plaintiff,<br>v.<br>Rashad Q. SANDERS,<br>     Defendant. | Case No. 3:11-CR-385-HZ<br><br>CERTIFICATE OF COUNSEL |

The undersigned, as attorney for defendant, hereby certify:

1. I have fully explained to the defendant the allegations contained in the Indictment in this case, any lesser-included offenses, and the possible defenses that may apply in this case.

2. I have personally examined the attached Petition To Enter Plea of Guilty And Order Entering Plea, explained all its provisions to the defendant, and discussed fully with the defendant all matters described and referred to in the Petition.

3. I have explained to the defendant the maximum penalty and other consequences of entering a plea of guilty as described in this Petition, and I have also explained to the defendant the applicable Federal Sentencing Guidelines.

4. I recommend that the Court accept the defendant's pleas of "GUILTY."

SIGNED by me in the presence of the above-named defendant, and after full discussion with the defendant of the contents of the Petition To Enter Plea of Guilty, and any Plea Agreement, on this 22nd day of January 2013.

_____
Benjamin T. Andersen
Attorney for Defendant

PAGE 8 – United States v. SANDERS, USDC Oregon Case No. 3:11-CR-385-HZ
     PETITION TO ENTER PLEAS OF GUILTY, CERTIFICATE OF COUNSEL, AND ORDER

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>     Plaintiff,<br>v.<br>Rashad Q. SANDERS,<br>     Defendant. | Case No. 3:11-CR-385-HZ<br><br>ORDER |

  I find that the defendant's pleas of GUILTY have been made freely and voluntarily and not out of ignorance, fear, inadvertence, or coercion. I further find the defendant has admitted facts that prove each of the necessary elements of the crimes to which the defendant has pled guilty.

  IT IS THEREFORE ORDERED that the defendant's plea of GUILTY be accepted and entered as requested in this Petition and as recommended in the Certificate of defendant's attorney.

  DATED this 22nd day of January 2013 in open court.

*/s/ Marco Hernandez*
Marco A. Hernandez
United States District Judge

PAGE 9 –  United States v. SANDERS, USDC Oregon Case No. 3:11-CR-385-HZ
       PETITION TO ENTER PLEAS OF GUILTY, CERTIFICATE OF COUNSEL, AND ORDER