Benjamin T. Andersen, *Of Counsel*
Pacific Northwest Law, LLP
1420 World Trade Center
121 S.W. Salmon Street
Portland, Oregon 97204
t. 503.222.2510 f. 503.546.0664
btandersen@pacificnwlaw.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| UNITED STATES OF AMERICA,<br>　　　　　　　　Plaintiff,<br>v.<br><br>Rashad Q. SANDERS,<br>　　　　　　　　Defendant. | Case No. 3:CR 11-385-HZ<br><br>MOTION TO MODIFY CONDITIONS OF PREVIOUSLY IMPOSED PROTECTIVE ORDER |
|---|---|

　　　　COMES NOW defendant Rashad Q. Sanders, by and through his attorney, and respectfully moves this Court for an Order Modifying the Conditions of the Protective Order filed as docket number 12 on 11/21/11, and allowing defendant access to discovery in this case without supervision.

　　　　The specific modification prayed for is the excision of the following language from that order:

> IT IS FURTHER ORDERED that the defendant's counsel maintain complete custody and control over the protected material and prohibit the defendant from having unsupervised access to the protected material at any time.

/////

/////

This motion is supported by the attached Declaration of Counsel and Memorandum in Support.

SO MOVED and DATED this 22nd day of February 2013.

                                          Pacific Northwest Law, LLP

                                          /s/
                                        _____
                                        Benjamin T. Andersen, OSB 06256

Case 3:11-cr-00385-HZ    Document 64    Filed 02/22/13    Page 2 of 2    Page ID#: 223

PAGE 2 – MOTION TO MODIFY CONDITIONS OF PREVIOUSLY IMPOSED PROTECTIVE ORDER
    United States v. SANDERS, USDC Oregon Case No. 3:CR 11-385-HZ