Benjamin T. Andersen, *Of Counsel*
Pacific Northwest Law, LLP
1420 World Trade Center
121 S.W. Salmon Street
Portland, Oregon 97204
t. 503.222.2510 f. 503.546.0664
btandersen@pacificnwlaw.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br>v.<br>Rashad Q. SANDERS,<br>            Defendant. | Case No. 3:CR 11-385-HZ<br><br>MOTION TO WITHDRAW AND FOR SUBSTITUTION OF ATTORNEY |

COMES NOW defendant Rashad Q. Sanders, by and through his attorney, and respectfully moves this Court for an Order authorizing withdrawal of counsel and substitution of new appointed counsel.

This motion is supported by the attached declaration of counsel.

SO MOVED and DATED this 22nd day of February 2013.

Pacific Northwest Law, LLP

/s/
_____
Benjamin T. Andersen, OSB 06256

POINTS AND AUTHORITIES
- 18 USC 3006A(c)
- *Adams v. United States ex rel. McCann*, 317 US 269, 279 (1942)