Benjamin T. Andersen, *Of Counsel*
Pacific Northwest Law, LLP
1420 World Trade Center
121 S.W. Salmon Street
Portland, Oregon 97204
t. 503.222.2510 f. 503.546.0664
btandersen@pacificnwlaw.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                    Plaintiff,<br>v.<br>Rashad Q. SANDERS,<br>                    Defendant. | Case No. 3:CR 11-385-HZ<br><br>DECLARATION IN SUPPORT OF MOTION TO WITHDRAW AND FOR SUBSTITUTION OF ATTORNEY |

I, Benjamin Andersen, under penalty of perjury do declare:

1. I am the attorney for Rashad Sanders, having been appointed pursuant to the Criminal Justice Act October 15 of last year.

2. I have met with and counseled Mr. Sanders regarding the case and the charges against him.

3. On January 14 of this year, I filed a motion to continue the trial date, in order to afford more time to prepare for trial, investigate the case, and for other reasons. This motion was denied.

4. Mr. Sanders entered pleas of guilty on the 22nd of January of this year.

/////

5. It is clear from discussions with and communications from Mr. Sanders that there has been a disruption in the attorney/client relationship, such that the interests of justice prompt this motion.

SO MOVED and DATED this 22nd day of February 2013.

Pacific Northwest Law, LLP

/s/
_____
Benjamin T. Andersen, OSB 06256
