Benjamin T. Andersen, *Of Counsel*
Pacific Northwest Law, LLP
1420 World Trade Center
121 S.W. Salmon Street
Portland, Oregon 97204
t. 503.222.2510 f. 503.546.0664
btandersen@pacificnwlaw.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br>v.<br><br>Rashad Q. SANDERS,<br>            Defendant. | Case No. 3:CR 11-385-HZ<br><br>MOTION TO WITHDRAW PLEA<br><br>Oral Argument Requested |

COMES NOW defendant Rashad Q. Sanders, by and through his attorney, and respectfully moves this Court, pursuant to Federal Rule of Criminal Procedure 11(d)(2)(B), for an Order authorizing withdrawal of the guilty pleas previously entered.

SO MOVED and DATED this 22nd day of February 2013.

Pacific Northwest Law, LLP

/s/
_____
Benjamin T. Andersen, OSB 06256

POINTS AND AUTHORITIES
- FRCrP 11(d)(2)(B)
- *United States v. Ortega-Ascanio*, 376 F.3d 879, 883 (2004)