UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

UNITED STATES OF AMERICA

v.                                                                                   District Court Case No. **3:11-CR-00385-HZ-1**

                                                                                     District Court Trial Judge: **Marco A. Hernandez**

RASHAD Q. SANDERS,

_____Defendant._____

## NOTICE OF APPEAL

   (a)   **Notice of Appeal**: Notice is given to the United States Court of Appeals for the Ninth Circuit that Defendant, <u>Andrew Laud Barnett</u>, appeals from the following:

____   Conviction only (Fed. R. Crim. P. 32(b)).

_X_   Conviction <u>and</u> sentence.

____   Sentence only (18 U.S.C. § 3742).

____   Order (Specify title, nature and date of entry of the order appealed from):

   (b)   **Sentence imposed**: IMPRISONMENT: **ONE HUNDRED NINETY-FOUR (194) MONTHS on Count 1; ONE HUNDRED NINETY-FOUR (194) MONTHS on Count 3, to run concurrently with sentence imposed on Count 1; and, ONE HUNDRED NINETY-FOUR (194) MONTHS on Count 4, to run concurrently with sentence imposed on Count 1**; SUPERVISED RELEASE: TEN (10) years; SPECIAL ASSESSMENT: $300.00 ($100 as to each count).

   (c)   **Bail Status**: N/A

ENTERED on behalf of the Defendant this  _5th_  day of _June_, 2013.

Mary L. Moran, Clerk

By /s/ Michelle Rawson                                         To be appointed
   Deputy Clerk                                                        Counsel for Appellant

_____

Is a Transcript Required on Appeal?                _X_  Yes              ____ No

Name of Court Reporter:  Nancy Walker

Note:   If transcript is required, Appellant's counsel must complete the Transcript Order Form (CA 9-036) and make appropriate financial arrangements with the court reporter.